HENRY C. M. INGRAHAM, as Trustee under the Will of ELIZA-BETH K. UNDERHILL, Deceased, Respondent, *v.* ALBERT E. DONOVAN, Appellant, Impleaded with Others.

*Ingraham* v. *Donovan,* 74 App. Div. 626, affirmed.
(Argued March 16, 1903; decided March 31, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

June 19, 1902, which affirmed an order of Special Term sustaining plaintiff's exceptions to the report of a referee.

*Michael Furst, George W. McKenzie* and *John F. Nelson* for appellant.

*George G. Reynolds* for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.